**Exhibit A to the Complaint**

**Location:** Clermont, FL  
**Total Works Infringed:** 30  
**IP Address:** 184.88.22.199  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F0A2625E28F79A928FACE03B451B832C9DEC875A<br>File Hash: 631ED5F44EC150DD6C2CCB14D29F0711C23D9781C796DEE05C335055A485DEEF | 02-14-2022 19:29:29 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 2 | Info Hash: 514B51629D4D5819251EECE898BB86FD2D18E4B9<br>File Hash: EBA6F057C933B2CF5D729A7D0880D9D6D29CE45CF238BE1195471BBBE2C20814 | 02-02-2022 07:30:10 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 3 | Info Hash: EC40852D6DAF26790A6256DD34017213CD1756BF<br>File Hash: D7973478B39F77F9FD87444AD83D272C340EFE1590C85CC40F93A503B7B38A61 | 02-02-2022 00:58:44 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 4 | Info Hash: 3533BFE2853463A8CE4FF8CE760540696A30A521<br>File Hash: ED70630D11F5DF0483E9DB9EBF530C1AF63E53E9AA47A88FE6AEE10CBC8536B4 | 01-27-2022 20:05:58 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 5 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash: F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 01-25-2022 03:26:41 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 6 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 01-25-2022 03:24:24 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 7 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324<br>File Hash: 8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 01-16-2022 18:26:46 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 8 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 12-29-2021 23:13:26 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 12-15-2021 22:09:44 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 10 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 11-25-2021 19:33:37 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 11 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-14-2021 23:19:00 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 12 | Info Hash: CB54A80CA46C7E15031F95C90A4E207C1759D031<br>File Hash: E6DA8AEE619E2D4D08AAF5BFED4CE6336AA4A9F8283D933CC4AD47480D0B16A9 | 08-13-2021 07:34:05 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 13 | Info Hash: 51C5B8FED86E91E7B29A67C636149B7EF48E4993<br>File Hash: 9B00A5D7AA203F39A0524570796CCF18C944AFC45E74D83E93F2B51B7238EEC3 | 07-23-2021 02:11:51 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 14 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 07-11-2021 05:19:01 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 15 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-10-2021 08:49:58 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 16 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-04-2021 21:54:24 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 17 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07-02-2021 01:45:19 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: DEAEF69A92F1519FAEC0425DEC4DC04534E71CF3<br>File Hash: 3CDA231B56F1E98746A3C2AE9ADD5702103A140C0D988E45ED3A56D5ADFF2FA5 | 05-27-2021 05:51:48 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 19 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash: 08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 05-27-2021 05:51:32 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 20 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 05-26-2021 05:45:46 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 21 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash: EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 05-19-2021 06:19:59 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 22 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04-15-2021 06:47:27 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 23 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash: 86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 03-31-2021 00:48:39 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 24 | Info Hash: 2731D3BE6ECD9F4EF189644B16EBA424B73EFBFD<br>File Hash: 96FC13D83810C44230AFE045BFAD3603B19F1A98E46ADFE605A0E3798A867F2D | 03-16-2021 13:44:22 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 25 | Info Hash: EA3BFEA5DF74FBE89E2AD79CD38A32EF4210BB4F<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-03-2021 22:10:25 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 26 | Info Hash: F63BBFC680C5A1422FE794C3870264F2321A53D8<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-25-2021 07:19:06 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 8185B581B0DD8D8BB70C5D458DB4C374B49353B1<br>File Hash: 1F4409E86A98263BD34267B242C67DA85F665AFF65FEBB8F925DAC4F30BE6C9B | 02-18-2021 20:55:13 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 28 | Info Hash: 522A38CB072F8BD9D9BC8FC64808A0DE4DF614B6<br>File Hash: 8C758CFDE5451507AE932D33C9653D552FE0CB7153B801DB1F731B04DC90F481 | 02-05-2021 08:05:41 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 29 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 02-05-2021 07:44:02 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 30 | Info Hash: 3D04CB0CE738558A4622603B3D95E3CC65FA5DA4<br>File Hash: 659ADF72BD7D1D3287E75B65E5A79BF5D3296FB6625F0D71AB979FDFB525BD69 | 01-30-2021 09:42:10 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |